Thomas J. Stolp, Esq., Bar No. 114211
**ROGERS, MacLEITH & STOLP, LLP**
10061 Talbert Avenue, Suite 300
Fountain Valley, CA 92708
Ph:(714) 847-6041
Fax: (714) 968-3372
Email: tstolp.rmslaw@earthlink.net

Attorney for Defendants
Richard J. Boudreau & Associates, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CELESTE ROBERTSON, ) | CASE NO. CV 09-1681 BZ |
| ) | |
| Plaintiff, ) | **DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY PURSUANT TO LOCAL RULE 16-10(a) AT THE CASE MANAGEMENT CONFERENCE** |
| ) | |
| vs. ) | |
| ) | |
| RICHARD J. BOUDREAU & ASSOCIATES, ) LLC, a Massachusetts limited ) liability company, ) | |
| ) | Date: Aug. 31, 2009 |
| ) | Time: 4:00 p.m. |
| Defendant. ) | Courtroom: G |
| ) | Judge: Bernard Zimmerman |

Thomas J. Stolp, lead attorney for Defendants, Richard J. Boudreau & Associates, LLC, hereby requests permission to appear telephonically, pursuant to Local Rule 16-10(a), at the Case Management Conference, currently set for Monday, August 31, 2009, at 4:00 p.m.

Defendant's counsel requests this telephonic appearance due to a calendar conflict with a hearing in Orange County Superior Court, at 10:00 a.m. on the same day, which also requires personal attendance. Additionally, counsel's office is located in Orange County, California, more than 300 miles from the United States

1  District Court in San Francisco.
2      It is therefore, respectfully requested, that telephonic
3  appearance be granted for the Case Management Conference.
4  Dated: August 12, 2009         Respectfully submitted,

ROGERS MacLEITH & STOLP LLP

By: _____
    Thomas J. Stolp, Esq.
    Attorney for Defendants



DATED: 8/12/2009

**Counsel shall contact CourtCall, telephonic court appearances at 1-888-882-6878, and make arrangements for the telephonic conference call.**