Todd M. Friedman, Esq.- State Bar #216752
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
(877) 206-4741
Attorney for Plaintiff, Celeste Robertson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CELESTE ROBERTSON<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD J. BOUDREAU & ASSOCIATES, LLC<br><br>Defendant | Case No.:  CASE NO.: CV 09-1681 BZ<br><br>**PLAINTIFF'S MOTION TO APPEAR BY PHONE TO THE CASE MANAGEMENT CONFERENCE**<br><br>**Date:       August 31, 2009**<br>**Time:       4:00 P.M.**<br>**Courtroom:   G, 15th Floor**<br>**Honorable Judge Bernard Zimmerman** |

Todd M. Friedman, counsel for Plaintiff Celeste Robertson, hereby requests permission to appear telephonically to the Case Management Conference scheduled in this matter for August 31, 2009, at 4:00 p.m.  Mr. Friedman's office is located in Beverly Hills which is approximately 300 miles from the courthouse.

Dated: August 12, 2009

LAW OFFICES OF TODD M. FRIEDMAN

By _____

s/ Todd M. Friedman
Attorney for Plaintiff
Celeste Robertson

**GRANTED**
*Bernard Zimmerman*
Judge Bernard Zimmerman
8/12/2009

**Counsel shall contact CourtCall, telephonic court appearances at 1-888-882-6878, and make arrangements for the telephonic conference call.**

- 1 -

REQUEST FOR TELEPHONIC APPEARANCE
Case No. CV09-1681 BZ

1  Filed electronically on this 12th day of August 2009, with:

2  United States District Court CM/ECF system

3

4  Copy mailed on this 12th day of August 2009, to:

5  Honorable Bernard Zimmerman
6  US District Court Northern District California
   450 Golden Gate Ave., Courtroom G, 15th Floor
7  San Francisco, CA 94102

8
9  Thomas Stolp
   ROGERS, MACLEITH & STOLP, LLP
10  10061 Talbert Avenue. Suite 300
   Fountain Valley, CA 92708
11  714 847-6041

12

13  S/Todd Friedman

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

REQUEST FOR TELEPHONIC APPEARANCE
Case No. CV09-1681 BZ