UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELESTE ROBERTSON,<br><br>          Plaintiff(s),<br><br>     v.<br><br>RICHARD J. BOUDREAU &<br>ASSOCS., LLC,<br><br>          Defendant(s). | No. C09-1681  BZ<br><br>**BRIEFING ORDER** |

Having received plaintiff's motion to amend the complaint, **IT IS HEREBY ORDERED** as follows:

  1.  If defendant chooses to oppose the motion, defendant's opposition shall be filed by **September 9, 2009**;

  2.  Plaintiff's reply, if any, shall be filed by **September 14, 2009.**

After receiving all the papers, the Court will decide whether a hearing on the motion is necessary.

Dated: September 1, 2009

                              _____
                                    Bernard Zimmerman
                              United States Magistrate Judge

G:\BZALL\-BZCASES\ROBERTSON V. BOUDREAU\BRIEFING ORDER.wpd

1