UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CELESTE ROBERTSON, | ) | |
| Plaintiff(s), | ) | No. C09-1681  BZ |
| v. | ) | |
| | ) | **ORDER GRANTING MOTION TO AMEND COMPLAINT** |
| RICHARD J. BOUDREAU & ASSOCS., LLC, | ) | |
| Defendant(s). | ) | |

Having received no opposition to plaintiff Celeste Robertson's ("plaintiff") motion to amend/correct complaint (*see* Doc. No. 36), **IT IS HEREBY ORDERED** that plaintiff's motion is **GRANTED**.

Dated: September 14, 2009

　　　　　　　　　　　　　　　　　　　/s/ Bernard Zimmerman
　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\ROBERTSON V. BOUDREAU\ORDER GRANTING MOT TO AMEND.wpd

1