UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CELESTE ROBERTSON, | ) | |
| Plaintiff(s), | ) | No. C09-1681  BZ |
| v. | ) | |
| RICHARD J. BOUDREAU & ASSOCS., LLC, | ) | **JUDGMENT** |
| Defendant(s). | ) | |

The Court having granted plaintiff's motion for summary judgment on December 18, 2009, **IT IS ORDERED** that plaintiff recover from defendant the amount of $2,000 with post-judgment interest and costs of suit.

Dated: December 18, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ROBERTSON V. BOUDREAU\FINAL JUDGMENT.wpd

1